UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Lester Lugo González, et al
v.
Municipality of Guaynabo, et al

CASE NUMBER: 98-2422 (HL)



| MOTION | ORDER |
|---|---|
| Date Filed:            Docket #<br>[ ] Plffs  [ ] Defts  [ ] Other<br>Title: Various motions for extension of time | The following motions for extension of time are hereby declared moot: Docket nos. 28, 29, 34, 36, & 38. |
| Date Filed: 8.25.99   Docket # 31<br>[ ] Plffs  [x] Defts  [ ] Other<br>Title: ICA-Miramar's motion for leave to file documents in Spanish | Granted for purposes of the motion to dismiss only. If an appeal is taken in this case, ICA-Miramar shall file certified translations of the documents within 30 days of the filing of the notice of appeal. |

HECTOR M. LAFFITTE
Chief U.S. District Judge

Date 2-3-00


