UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Lester Lugo González, et al
v.
Municipality of Guaynabo, et al

CASE NUMBER: 98-2422 (HL)

| MOTION | ORDER |
|---|---|
| Date Filed: 1.21.00   Docket # 42<br>[ ] Plffs  [x] Defts  [ ] Other<br>Title: Municipality of Guaynabo's motion requesting leave to reply | Denied. If, after further review, the Court determines that additional briefing is necessary on this issue, it will order the parties to file replies and sur-replies. |
| Date Filed: 1.12.00  Docket # 41<br>[x] Plffs  [ ] Defts  [ ] Other<br>Title: Response to motion to dismiss and motion to stay | Granted in part. Plaintiffs' sixth cause of action is hereby dismissed. The request to stay the proceedings in this case is denied. |

Date 2/3/00

HECTOR M. LAFFITTE
Chief U.S. District Judge


