UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Lester Lugo González, et al
v.
Municipality of Guaynabo, et al

CASE NUMBER: 98-2422 (HL)



| MOTION | ORDER |
|---|---|
| Date Filed: 3.10.00  Docket # 47<br>[ ] Plffs  [x] Defts  [ ] Other<br>Title: Municipality of Guaynabo's motion requesting leave to reply to informative motion | Denied. If, after further review, the Court determines that additional briefing is necessary on this issue, it will order the parties to file replies and sur-replies. |

Date 5/12/00

HECTOR M. LAFFITTE
Chief U.S. District Judge

