UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Lester Lugo González, et al
v.
Municipality of Guaynabo, et al

CASE NUMBER: 98-2422 (HL)

| MOTION | ORDER |
| --- | --- |
| Date Filed: 3.6.01  Docket # 55<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other**<br>Title: Motion relative to action against Mario Corcino<br><br>Date 3/8/01 | In an opinion and order issued on February 14, 2001, the Court dismissed the claims against all named defendants, save Mario Corcino. In its opinion, the Court ordered Plaintiffs to show cause why the claims against Corcino should not be dismissed for the same reasons that the Court dismissed the claims against the other Defendants. *See* docket no. 52.<br>   In their response, Plaintiffs have agreed that the claims against Corcino should be dismissed for the same reasons the other Defendants were dismissed. Accordingly, the Court dismisses the claims against Corcino. Judgment shall be entered accordingly.<br><br>HECTOR M. LAFFITTE<br>Chief U.S. District Judge |


