ENTERED ON DOCKET
3/9/01 PURSUANT
TO FRCP RULE 58 & 79a

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Lester Lugo González, et al
    v.           CASE NUMBER: 98-2422 (HL)
Municipality of Guaynabo, et al

## JUDGMENT

The Court having issued an opinion and order on February 14, 2001, dismissing the claims against certain Defendants and Plaintiffs having agreed to the dismissal of the remaining Defendant, judgment is hereby entered dismissing this case.

DATE 3/8/01          HECTOR M. LAFFITTE
                          Chief U.S. District Judge


